UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.      1:22-mj-02815-Louis

UNITED STATES OF AMERICA
       v.
MARTIRES ANTONIO MERCEDES
RODRIGUEZ and MANUEL EUSEBIO
RICHIEZ DE LOS SANTOS,
Defendants.
_____/

**CRIMINAL COVER SHEET**

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?   No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?   No

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

By:   *Marc Chattah*

Marc Chattah
Assistant United States Attorney
FL Bar No.      27586
99 N.E. 4th Street
Miami, Florida 33132
Tel: (561) 632-3712
Email: marc.chattah@usdoj.gov

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | ) |
| v. | ) |
| | ) Case No. 1:22-mj-02815-Louis |
| MARTIRES ANTONIO MERCEDES RODRIGUEZ and MANUEL EUSEBIO RICHIEZ DE LOS SANTOS, | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

Beginning on an unknown date and continuing through on or about __April 19, 2022__, upon the high seas outside the jurisdiction any particular state or district, in international waters, while on board a vessel subject to the jurisdiction of the United States, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 46, United States Code, Section 70506(b) | Conspiracy to possess with intent to distribute a controlled substance, while on board a vessel subject to the jurisdiction of the United States, in violation of 46 U.S.C. § 70503(a)(1); all in violation of 46 U.S.C. § 70506(b). |
| | Pursuant to 46 U.S.C. § 70506(a), and 21 U.S.C. § 960(b)(1)(B), it is further alleged that this violation involved five (5) or more kilograms of a mixture and substance containing a detectable amount of cocaine. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Complainant's signature*

DEA/TFO Lewis Hosch
*Printed name and title*

Attested to by the Affiant in accordance with the requirements of Fed.R.Crim.P. 4.1 by Face Time.

Date: May 12 2022

*Judge's signature*

City and state: Miami, Florida     Hon. Lauren F. Louis, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

Your Affiant, Lewis Hosch, being duly sworn, deposes and states as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am employed as a Detective with the City of Homestead Police Department and have served in this capacity since January 2005. I am currently a Task Force Officer with the Drug Enforcement Administration ("DEA") and have served in this capacity since August 2019. As such, I am an investigative or law enforcement officer within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Titles 18, 21, and 46 of the United States Code. I am currently assigned to the DEA's Miami Field Division in Miami, Florida and have personally conducted and participated in numerous investigations resulting in the arrest and prosecution of various individuals for federal narcotics violations. Based on my training and experience as a Task Force Officer with the DEA, I am familiar with the manner in which narcotics traffickers and narcotics-trafficking organizations operate. I am also knowledgeable about federal criminal statutes, particularly narcotics statutes.

3. This Affidavit is submitted for the limited purposes of establishing probable cause in support of a Criminal Complaint against **MARTIRES ANTONIO MERCEDES RODRIGUEZ** and **MANUEL EUSEBIO RICHIEZ DE LOS SANTOS** for knowing and willfully conspiring to possess with intent to distribute cocaine, while on board a vessel subject to the jurisdiction of the United States, in violation of Title 46, United States Code, Sections 70503(a)(1) and 70506(b). As such, this Affidavit does not contain the details of every aspect of this investigation. Furthermore, this Affidavit is based on my personal knowledge, as well as, information obtained from other law enforcement personnel.

4.       On or about April 19, 2022, members of a Maritime Patrol Aircraft located a go-fast vessel (GFV) approximately 90 nautical miles South of Santo Domingo, Dominican Republic. The USS WICHITA, with United States Coast Guard ("USCG") Law Enforcement Detachment ("LEDET") 104 diverted to conduct a right of visit. The USS WICHITA launched their Rigid Hull Inflatable Boats (RHIBs) with LEDET 104 boarding team, along with a helicopter. The boarding team ordered the GFV to stop (hailed it on the marine radio in English and Spanish, hailed it via a loudspeaker in English and Spanish, and used blue lights and sirens), but the GFV failed to stop. The helicopter's crew fired warning shots into the sea in front of the GFV.  At that time, the GFV came to a stop and the boarding team took control of the GFV. During the right of visit questioning by the boarding team in Spanish, the GFV's crew made a verbal claim of Dominican nationality for the vessel and themselves but none of the crew claimed to be the master. The USCG issued a Statement of No Objection to enact the ship boarding provision of the United States/Dominican Republic Bilateral Agreement (BILAT) to confirm the GFV's registry. The boarding team was authorized to commence the boarding of the GFV under the BILAT and located 18 bales on board in plain sight weighing approximately 450 kilograms. The boarding team conducted two Nik tests on the bales. The bales tested positive for cocaine. The GFV crew identified themselves as **MARTIRES ANTONIO MERCEDES RODRIGUEZ** and **MANUEL EUSEBIO RICHIEZ DE LOS SANTOS**. The Government of the Dominican Republic denied registry of the GFV. The GFV crew was detained and the bales and the GFV crew's possessions were all brought aboard the USS WICHITA.  The cocaine, detainees, and their possessions, were later transferred to a USCG vessel.  The USCG then sunk the GFV as a hazard to navigation.

5.       Based on the foregoing facts, I submit that probable cause exists to believe that **MARTIRES ANTONIO MERCEDES RODRIGUEZ** and **MANUEL EUSEBIO RICHIEZ**

**DE LOS SANTOS**, while on board a vessel subject to the jurisdiction of the United States conspired to possess with intent to distribute cocaine, in violation of Title 46, United States Code, Sections 70503(a)(1) and 70506(b).

**FURTHER AFFIANT SAYETH NAUGHT.**

_____
Lewis Hosch
Task Force Officer
Drug Enforcement Administration

Attested to by the applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by Face Time this __12__ day of May 2022.

_____
HONORABLE LAUREN F. LOUIS
UNITED STATES MAGISTRATE JUDGE

3